MARTINI & ROSSI, SOCIETA ANONIMA (a Corporation), Appellee, v. CONSUMERS'-PEOPLE'S PRODUCTS COMPANY, Inc., and Original Julius Marcus Laboratories, Inc., Appellants.

No. 265.

Circuit Court of Appeals, Second Circuit. March 7, 1932.

Rathkopf & Rathkopf, of New York City (Arden H. Rathkopf, of New York City, of counsel), for appellants.

Maurice J. Moore and John Francis Moore, both of New York City (John Francis Moore, of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 57 F.(2d) 599, affirmed.